# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Civil Action Number: **1:17-cv-20429-DPG**

JUAN CARLOS GIL

    Plaintiff,

v.

GROUP USA, INC.,
d/b/a www.camillelavie.com

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 28th day of March, 2017.

                                        *s/ Scott R. Dinin*
                                        Scott R. Dinin
                                        SCOTT R. DININ P.A.
                                        4200 NW 7th Avenue
                                        Miami, Florida 33127
                                        Telephone: (786) 431-1333
                                        Facsimile: (786) 513-7700
                                        Email: inbox@dininlaw.com
                                        *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 28th day of March, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF and an electronic copy served to the following:

Joseph L. Rapacilo
Group USA/Camille LaVie
25 Enterprise Avenue
Secaucus N.J. 07094
Tel  201-867-6005 Ext 2026
Fax 201-867-0719
E-mail: JosephR@CLV.com

*s/ Scott R. Dinin*