UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: **1:17-cv-20429-DPG**

JUAN CARLOS GIL

    Plaintiff,

v.

GROUP USA, INC.,
d/b/a www.camillelavie.com

    Defendant.

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff Juan Carlos Gil, hereby give notice that the above captioned action is voluntarily dismissed with against the Defendant Group USA, Inc.

Respectfully submitted on this 30th day of March, 2017.

    *s/ Scott R. Dinin*
    Scott R Dinin, Esq.
    SCOTT R. DININ, P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 786-1333
    inbox@dininlaw.com
    *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 30th day of March, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF and an electronic copy was served to the following:

Joseph L. Rapacilo
Group USA/Camille LaVie
25 Enterprise Avenue
Secaucus N.J. 07094
Tel  201-867-6005 Ext 2026
Fax 201-867-0719
E-mail: JosephR@CLV.com

*s/ Scott R. Dinin*