**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-20429-GAYLES**

**JUAN CARLOS GIL,**
    **Plaintiff,**

**v.**

**GROUP USA, INC.,**
    **Defendant.**
_____/

**ORDER OF DISMISSAL**

 **THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 14]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

 This action remains **CLOSED** and all pending motions are **DENIED AS MOOT**.

 **DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of April, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE